

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390  •  E: mail@ipcounselors.com
www.ipcounselors.com

February 23, 2022

**VIA E-MAIL**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
400 Foley Square
New York, New York 10007

      Re:   *Mattel, Inc. v. Guangzhou Huaweimian Clothing Co., Ltd. d/b/a www.barbiedollhouse.shop, et al.*
            **Case No. 22-cv-963 (RA)**
            <u>Status Letter</u>

Dear Judge Abrams,

      We represent Plaintiff Mattel, Inc. ("Plaintiff"), in the above-referenced matter (the "Action").[1] On February 3, 2022, Plaintiff filed this Action and its Application under seal. On February 11, 2022, the Court granted Plaintiff's Application and entered the Temporary Restraining Order ("TRO"). In accordance with the directives of Section VII(B) of the TRO, Plaintiff respectfully submits the instant status letter.

      On February 11, 2022, Plaintiff's counsel served the TRO on the Third Party Service Providers and Financial Institutions via electronic mail, and on February 14, 2022, the TRO was sent out for regular service on the Third Party Service Providers and Financial Institutions.[2] Thereafter, on February 18, 2022, pursuant to the methods of alternative service authorized by the TRO, Plaintiff served the Summons, Complaint, TRO and all papers filed in support of Plaintiff's Application on six (6) of Defendants' email addresses (altitude53830044@gmail.com, saydafinlason07@gmail.com,[3] eaajia@163.com, oku125441@163.com, dawang65852@163.com and maroborr@163.com), Plaintiff was unable to serve Defendants' remaining six (6) email addresses (barbiedollhouse.service@gmail.com, barbietoy.service@gmail.com, barbietoy-

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

[2] To date, Plaintiff's counsel received an Affidavit of Service indicating that Third Party Service Provider NameSilo was successfully served on February 22, 2022, however, to date, Plaintiff's counsel has not received Affidavits of Service for the remaining Third Party Service Providers and Financial Institutions. Each of the Third Party Service Providers and Financial Institutions, however, responded to Plaintiff's counsel's email service.

[3] The first two email addresses, altitude53830044@gmail.com and saydafinlason07@gmail.com were not included in Plaintiff's Application or the TRO as Plaintiff's counsel recently received these email addresses from the third parties in response to the expedited discovery ordered in the TRO.

Hon. Ronnie Abrams
February 23, 2022
Page 2

usa.service@gmail.com, barbieusa.service@gmail.com, customerservice660233@gmail.com and ssjvdxdrlbhmggqwdflez@hotmail.com).

      To date, all of the Third Party Service Providers and Financial Institutions have complied with the directives of the TRO.  Moreover, despite the fact that Plaintiff successfully served the pleadings and TRO on several of Defendants' email addresses, Defendants have not contacted Plaintiff's counsel, filed an Answer or otherwise indicated any intention of appearing in this matter whatsoever.  Accordingly, Plaintiff respectfully requests that this matter be unsealed.  Plaintiff has included a Proposed Unsealing Order herewith.

      We thank the Court for its time and attention to this matter.

Plaintiff's application to unseal this matter is granted.

The Records Management Department is respectfully directed to upload all documents filed under seal to the public docket.

SO ORDERED.

*/s/ Hon. Ronnie Abrams*
Hon. Ronnie Abrams
03/01/22

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Danielle S. Futterman
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*