UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

                Plaintiff,

    v.

GUANGZHOU HUAWEIMIAN CLOTHING
CO., LTD. d/b/a www.barbiedollhouse.shop, et al.,

                Defendants.

22-CV-963 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 28, 2022, the Court granted Plaintiff's request that it be permitted to file a Motion for Default Judgment within thirty (30) days. Accordingly, the initial pretrial conference previously scheduled for January 4, 2023 at 3:00 p.m. is hereby adjourned.

SO ORDERED.

Dated:    January 3, 2023
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge