UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

                Plaintiff,

      v.

GUANGZHOU HUAWEIMIAN CLOTHING
CO., LTD. d/b/a www.barbiedollhouse.shop, et al.,

                Defendants.

22-CV-963 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 30, 2023, the Court ordered Defendants to show cause at a hearing on March 10, 2023 why a default judgment should not be entered against them.  Dkt. 32.  The Court further ordered that service be made upon Defendants by Plaintiff no later than February 3, 2023.  *Id.*

      As of today's date, no proof of service has been filed on the docket.  Plaintiff shall file such proof of service as soon as possible.  If proof of service is not filed by 12:00 p.m. on March 10, 2023, the hearing on the order to show cause will be adjourned to a later date.

SO ORDERED.

Dated:      March 8, 2023
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge