UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

                Plaintiff,

      v.

GUANGZHOU HUAWEIMIAN CLOTHING CO., LTD. d/b/a www.barbiedollhouse.shop, et al.,

                Defendants.

22-CV-963 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On March 10, 2023, the Court was scheduled to hold a hearing on the order to show cause as to why a default judgment should not be entered against Defendants in this action. Just prior to the hearing, the Court was made aware that the phone number listed on the order to show cause incorrectly transposed two digits. With apologies to counsel and the parties for this error, the Court adjourned the hearing to correct the order to show cause.

    Accordingly, by separate order, the Court will file an amended order to show cause rescheduling the telephonic hearing, which Plaintiff shall serve upon Defendants. Proof of service, as before, shall be filed on the public docket.

SO ORDERED.

Dated:    March 13, 2023
           New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge