UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATTEL, INC.,

                          Plaintiff,
         -against-                                                      22 **CIVIL** 963 (RA)

                                                                                            **<u>JUDGMENT</u>**

GUANGZHOU HUAWEIMIAN CLOTHING CO.,
LTD. D/B/A WWW.BARBIEDOLLHOUSE.SHOP;
YICHENG COUNTY TENGYI NETWORK SALES
CO., LTD. D/B/A WWW.BARBIETOY.SHOP; LI
HAO D/B/A WWW.BARBIETOY-USA.SHOP;
YANG JUNHUI D/B/A WWW.BARBIEUSA.STORE;
LI HAO; YANG JUNHUI;
WWW.BARBIEDOLLHOUSE.SHOP;
WWW.BARBIETOY.SHOP;
WWW.BARBIETOY-USA.SHOP;
WWW.BARBIEUSA.SHOP AND
WWW.BARBIEUSA.STORE,
                                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated April 19, 2023, the Court agrees. Given the nature of the infringing websites at issue in this action, a damages award of $125,000.00 per counterfeit mark per type of good sold is appropriate here. See Mattel, Inc. v. www.power-wheels-outlet.com, et al., 2022 U.S. Dist. LEXIS 140875, at *1-3 (S.D.N.Y. Aug. 8, 2022). Judgment is entered and Plaintiffs are awarded $500,000.00 in heightened statutory damages; accordingly, the case is closed.

**Dated:**  New York, New York

      April 20, 2023

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                                 **Clerk of Court**

                                  **BY:**          *K. Mango*

                                                                 _____
                                                                 **Deputy Clerk**